UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:14-cv-03172-SDM

EDWARD J. COZZO,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant Ocwen Loan Servicing, LLC, by its undersigned counsel, hereby notifies this Court, pursuant to Local Rule 3.08 of the Middle District of Florida, that the parties have settled all claims asserted by Plaintiff, Edward J. Cozzo, in this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court this 24th day of April, 2015 by using the CM/ECF System which will send notice of the electronic filing and complete service of the foregoing to all interested parties.

**BLANK ROME LLP**
500 E. Broward Blvd., Suite 2100
Ft. Lauderdale, FL 33394
Telephone: 954-512-1800
Facsimile: 954-512-1818

*/s/ Manuel S. Hiraldo*
PAUL J. SODHI
Florida Bar No. 42353
PSodhi@BlankRome.com
Bocaeservice@BlankRome.com
MANUEL S. HIRALDO, Esq.
Florida Bar No. 30380
MHiraldo@BlankRome.com