UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD J. COZZO,

    Plaintiff,

v.                                               CASE NO. 8:14-cv-3172-T-23TBM

OCWEN LOAN SERVICES, LLC,

    Defendant.
_____/

**ORDER**

    The defendant announces (Doc. 29) a settlement in this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause. The clerk is directed to terminate any pending motion and to close the case.

    ORDERED in Tampa, Florida, on April 28, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE